UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-10199-CAS(PJWx) | Date | July 18, 2013 |
|---|---|---|---|
| Title | *PREMIERE RADIO NETWORKS, INC., ETC. v. HILLSHIRE BRANDS COMPANY, ETC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **THIRD-PARTY PLAINTIFF** show cause in writing not later than **August 2, 2013** why this action should not be dismissed for lack of prosecution **as to Third-Party Defendant INTERNATIONAL MARKETING AND GLOBAL EVENT SPONSORSHIP, INC. dba IMAGES USA, INC., only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Third-Party Plaintiff is advised that the Court will consider the following:

**1)**     Third-Party Plaintiff's filing of a application for the clerk to enter default judgment on **third-party defendant INTERNATIONAL MARKETING AND GLOBAL EVENT SPONSORSHIP, INC. dba IMAGES USA, INC.**, or third-party plaintiff's filing of a motion for entry of default judgment on **third-party defendant**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |